Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the 40 bags of peanuts, weighing 3,934 pounds, reported by the inspector as manifested, not found. were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the 40 bags of peanuts, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1962

**No. 67190.**—Birmingham Woodenware Company et al. *v.* United States, protests 59/4360, etc. (Mobile).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67191.**—Cajo Trading, Inc. (Williams, Clarke Co.), et al. *v.* United States, protests 60/4471(B), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67192.**—E. W. Bruno Co., Inc., et al. *v.* United States, protests 62/6550–16559, etc. (New Orleans).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67193.**—Quality Marble & Granite Co. et al. *v.* United States, protests 60/27194, etc. (New York).